Brian Maguire, 104501
PO Box 250
Draper, UT. 84020-0250

In The United States District Court
Central Division, District of Utah

| | |
|---|---|
| Brian Maguire,<br>Plaintiff, | Request To Amend Complaint |
| v. | Case No. 2:10-cv-00626 CW |
| Dr. Richard Garden, et.al.<br>Defendants, | |

1. Plaintiff, Brian Maguire, pursuant to Fed. R. Civ. P., Rule 15 hereby requests leave to amend complaint correcting an inadvertant omission in his <u>Amended Complaint</u> (Docket No. 31, 11-8-10) prepared and submitted in compliance with Order of the Court to Correct Deficient Complaint. (Docket No. 13, 9-16-10)  In preparing the (corrected) <u>Amended Complaint</u>, plaintiff inadvertanly omitted the content of paragraph No. 25 from the <u>Defendants</u> section of the original complaint, <u>Maguire v. Patterson, et.al.</u>. (Docket No. 5, 7-27-10)

I. Plaintiff requests leave to incorporate paragraph No. 25 from the original complaint into the

Defendants section of the Amended Complaint as paragraph No. 13.5:

> 13.5 Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint, defendants acted or failed to act under color of state law.

3. 7-26-11, The court ordered the Amended Complaint to be served. This is plaintiff's first request to amend since correcting deficiencies, and since defendants have not answered yet, plaintiff should be allowed leave to amend at this time. (Foman v. Davis, 371 US 178 (1969))

## Declaration Under Penalties of Perjury

The undersigned declares under penalties of perjury that he is the plaintiff in the above action, that he has read the above Request To Amend, and that the information contained therein is true and correct. 28 USC § 1746; 18 USC § 1621

Executed at the Utah State Prison, Draper, on 8-16-11

_Brian Maguire_
Brian Maguire, pro se

## Certificate of Mailing

I hereby certify that I mailed copy of the foregoing Request To Amend Complaint to the following:

Utah Attorney General
160 East 300 South, Sixth Floor
PO Box 140856
SLC, UT. 84114-0856

This 16 day of August, 2011.

*Brion Maguire*

Cover-letter

RECEIVED CLERK
AUG 18
U.S. DISTRICT COURT

Dear Cleek,

Please find enclosed Two copies of <u>Request To Amend Complaint</u>? I feel that it is criticle that this matter receive the courts attention as soon as may be?

Please file and treat as appropriate?

Thank You
Sincerely

Brian Maguire

I am mailing copy to Attorney General of Utah as per Mailing Certificates.

Thanks
Ben

After 5 Days Return
Box 250
Draper, Utah 84020

**INMATE MAIL
UTAH STATE PRISON
P.O. BOX 250
DRAPER, UT 84020**

Brian Maguire, 104501
Og 4, 103

Legal Mail
Privileged

United States District Court
Office of The Clerk
350 South Main Street
SLC, UT. 84101, 2180