IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIAN MAGUIRE,<br><br>         Plaintiff,<br><br>    v.<br><br>DR. RICHARD GARDEN et al.,<br><br>         Defendants. | **SECOND ORDER DIRECTING SUBMISSION OF PROPOSED ORDER REGARDING SUMMARY-JUDGMENT MOTION**<br><br>Case No. 2:10-CV-626 CW<br><br>District Judge Clark Waddoups |

On July 25, 2012, the Court gave Defendants the option of filing a *Martinez* report and summary-judgment motion in this case. The order stated, "If Defendants . . . wish to pierce the allegations of the complaint, Defendants must, . . . (iv) within ninety days of filing an answer, submit a proposed order for dismissing the case based upon the summary judgment motion, in word processing format, to:

utdecf_prisonerlitigationunit@utd.uscourts.gov." Defendants later took the option of attempting to pierce the complaint's allegations by filing a *Martinez* report and summary-judgment motion, but never filed the required proposed order.

**IT IS THEREFORE ORDERED** that within thirty days Defendants must file a proposed order, as outlined above.

DATED this 7th day of June, 2013.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court