KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
Attorneys for Defendants
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail:  kkaiser@utah.gov

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| BRIAN MAGUIRE,<br><br>            Plaintiff,<br>v.<br><br>DR. RICHARD GARDEN, et al.,<br><br>            Defendants. | **NOTICE PROVIDING INFORMATION REGARDING DEFENDANT MED-TECHS CRAIG AND ROGERS**<br><br>Case No.  2:10-cv-00626<br><br>Judge Clark Waddoups |

      Pursuant to the Court's *Memorandum Decision & Third Order Directing Service of Process, Answer and/or Dispositive Motion* (doc. 141), Counsel for Defendants provides the following information.

      Counsel for the Defendants, based on information contained in Plaintiff's medical records and other documents previously filed in this matter, believes the names of the individuals the Court refers to as "Med-Tech Craig and Rogers" are Craig Jensen and Rodger MacFarlane. Further, Counsel believes that these two med-techs are currently employed by the Utah Department of Corrections.

1

DATED this 6th day of March, 2014.

        SEAN D. REYES
        Utah Attorney General

        /s/ Kyle J. Kaiser
        KYLE J. KAISER
        Assistant Utah Attorneys General
        Attorney for Defendants

## CERTIFICATE OF MAILING

I certify that on March 6, 2014, I electronically filed the **NOTICE PROVIDING INFORMATION REGARDING DEFENDANT MED-TECHS CRAIG AND ROGERS**, using the Court's CM/ECF system and I also certify that a true and correct copy of the foregoing was sent by United States mail, postage prepaid, to the following:

Brian Maguire
Offender #104501
Utah State Prison
PO Box 250
Draper, UT 84020
Pro Se

        /s/ Cecilia Lesmes