Brian Maguire, USP #104501
PO Box 250
Draper, UT. 84020-0250

FILED
U.S. DISTRICT COURT
2014 MAR 10 ⊃ 4:00
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

In The United States District Court
Central Division    District of Utah

Brian Maguire,
    Plaintiff,

v.

Dr. Richard Garden, et. al.,
    Defendants.

Plaintiff's Objection & Opposition To Defendants' [Proposed] Order on Defendants' Motion To Alter or Amend The Judgment And Memorandum in Support. (doc's. 145 & 145-1)

Case No.: 2:10-cv-00626 CW

1. Plaintiff (Maguire hereafter) has received the court's Order Granting Appointed Counsel in these matters (doc. 143). However, he has not yet received Appearance of Counsel and has received potentially dispositive pleadings from defendants not distributed to counsel other than himself - pro se (doc's. 145 & 145-1).

2. Without re-litigating the prior Summary Judgment Proceedings, Maguire objects to defendants' attempt to raise mere inconvenience to the level of Manifest Injustice (doc. 145) and opposes the [Proposed] Amendments To The Judgment (doc. 145-1).

3. Maguire believes the court carefully considered these matters (doc. 141) and wisely resolved them giving the parties opportunity to pursue their own interests in this case without eliminating anything in the final sense. Appropriate, at this stage in the proceedings,

1/2

4. Maguire asks the court to deny defendants' Motion to Alter or Amend Judgment (docs. 145 & 145-1).

Respectfully submitted under penalty of perjury this 6 day of March, 2014.

_____
Brian Maguire, Plaintiff pro se

## Certificate of Mailing

I certify that I mailed complete copy to:

Kyle J. Kaiser (13924)
Assnt. UT. Atty. Gen.
160 E. 300 So., 6th Flr.
SLC, UT. 84114-0856

This 6 day of March, 2014.

_____
Brian Maguire

2/2

3-6-2014

RECEIVED CLERK
MAR 10 2014
U.S. DISTRICT COURT

Brian Maguire, USP #104501
PO Box 250
Draper, UT. 84020-0250

Re: Maguire v. Garden, 2:10-cv-00626CW.

Dear Clerk,

I am aware that counsel has been appointed to help me with this case. I am also aware that I am NOT to submit further pleadings to the court. However, the defendants have entered what may be dispositive pleadings and I have not yet received an Appearance of Counsel from my attorney.

I do not wish to annoy the court, but I want to go on the record as Opposing the defendants' pleadings during this time/space between my representing myself pro se and the actual Appearance of Counsel.

Please accept the enclosed Objection & Opposition... (two pages) and make sure the court is aware of it along with the defendants' recent pleadings (docs. 145 & 145-1)?

Thank You
Sincerely

Brian Maguire
Plaintiff, pro se

Inmate Name: Brian Maguire
Offender Number: 104501
Housing Unit: Oq-4, 105-B
Utah State Prison
P.O. Box 250
Draper, Utah 84020

SALT LAKE CITY
UT 840
07 MAR '14
PM 1 L

Legal Mail
Privileged

United States District Court
ATTN: Clerk
350 So. Main Street
SLC, UT. 84101-2180

84101218025